**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PH4 Corporation, and Del Webb Corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Sun City Real Estate, LLC, and Sharon Jones,<br><br>　　　　　Defendants. | No. CV 08-0501-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Plaintiffs PH4 Corporation and Del Webb Corporation's ("Plaintiffs") Motion for Attorney Fees (Dkt. 29).

Pursuant to Fed. R. Civ. P. Rule 54(d) and LRCiv 54.2(b), the opposing party may file and serve a responsive memorandum to the motion for attorneys' fees within fifteen (15) days after service of the memorandum in support. Thereafter, the moving party has ten (10) days after service of the response to file a reply, if that party so desires. Accordingly,

**IT IS HEREBY ORDERED** that the last day for Defendants Sun City Real Estate, LLC and Sharon Jones to file a response to the motion for attorney fees is **November 17, 2008**.

///

///

1 **IT IS FURTHER ORDERED** that Plaintiffs shall have until **December 4, 2008** to file a reply to Defendants' response, if Plaintiff so desires.

DATED this 28th day of October, 2008.

Stephen M. McNamee
United States District Judge